# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*January 29, 2026*

Nathan Ochsner, Clerk of Court

United States of America
v.

Johan Eduardo RIVAS Morales (2004 / MEX)
Axl Omar PALACIOS (1998 / USC)

*Defendant(s)*

Case No. 7:26-mj-00303-1
-2

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 28, 2026 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841 | Possession with intent to distribute approximately 52.38 kilograms of cocaine, a schedule II controlled substance |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

/s/ Mark Cruz
*Complainant's signature*

Mark Cruz, HSI SA
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date: January 29, 2026 at 4:09 p.m.

*Judge's signature*

City and state: McAllen, Texas

J. Scott Hacker, United States Magistrate Judge
*Printed name and title*

**Attachment "A"**

I, Mark Cruz, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On January 28, 2026, Homeland Security Investigations (HSI) McAllen, TX conducted surveillance at a suspected narcotics stash residence located in Hidalgo, TX. Agents observed a suspected narcotics vehicle that just crossed into the United States that morning arrive at the location. A male subject, identified as Axl Omar PALACIOS, was observed exiting the residence pulling a wagon. PALCIOS was observed opening the trunk to the vehicle and retrieving approximately 4-6 medium sized cardboard boxes and loading them into the wagon. PALACIOS then pulled the wagon back into the residence. The vehicle then left location.

2. A short time later, Agents observe a white Toyota Tacoma, driven by Johan Eduardo RIVAS-Morales, arrived at the residence. PALACIOS leaves the residence pulling the same wagon loaded with two cardboard boxes. The boxes were loaded into the rear of the Tacoma which then departed the location.

3. A Hidalgo County Sheriff's Deputy conducted a traffic stop on RIVAS-Morales in McAllen, TX. A consensual search of the vehicle revealed two brown boxes containing 40 packages in the rear of the Toyota Tacoma. The packages contained a white powdery substance that tested positive for the properties of cocaine and weighed approximately 52.38 kilograms.

4. Continued surveillance on PALACIOS revealed PALACIOS pulling the wagon loaded with brown boxes from the initial residence into another residence in the same complex. PALACIOS was detained following a traffic stop for further questioning.

5. This same day, Agents executed a federal search warrant on the two residences. Agents seized an additional two brown boxes inside the wagon in the second residence which contained a total of 22 packages. The packages contained a white powdery substance that tested positive for the properties of cocaine and weighed approximately 25.50 kilograms.

6. In a post-Miranda interview RIVAS-Morales admitted to picking up two brown boxes from PALACIOS. RIVAS-Morales stated that he knew he was picking up narcotics. RIVAS-Morales stated that he has retrieved suspected narcotics from PALACIOS in the past. RIVAS-Morales stated that he gets paid approximately $3,000.00 U.S dollars for every successful retrieval.

7. In a post-Miranda interview PALACIOS stated that he knew he was transferring narcotics to RIVAS-Morales. PALACIOS stated that he has transferred narcotics to RIVAS-Morales in the past. PALACIOS stated that he is paid $200.00-$1,000.00 U.S. dollars depending on the quantity of narcotics transferred.